IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR86-CSC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| ATRETHA D. PHILLIPS | ) | INFORMATION |
| | ) | |
| | ) | |

RECEIVED
2006 MAR 31  P 4:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges that:

On or about the 1st of December 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, ATRETHA D. PHILLIPS, did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, property of the United States Government, valued at $1,000.00 or less, to wit: one thousand dollars cash ($1,000.00) in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


*/s/ Ashlea T. Holt*
ASHLEA T. HOLT
SPECIAL ASSISTANT U.S. ATTORNEY
SC BAR NO. 70462
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | AFFIDAVIT |
| DALE COUNTY | ) | |

The undersigned, being duly sworn, deposes and says:

I am a Special Agent at Fort Rucker, Alabama. Investigation revealed that, on the 1st of December 2005, at approximately 10:00 pm, ATRETHA D. PHILLIPS stole $1,000.00 from the night deposit bag from the Army and Air Force Exchange Services (AAFES) Triangle Shoppette, Fort Rucker, Alabama. ATRETHA D. PHILLIPS confessed to taking the money on December 8, 2005, after she signed a statement waiving her rights. ATRETHA D. PHILLIPS was an employee of the Triangle Shoppette who worked the night shift and was responsible for counting the till at night and then depositing it through the drive through depository of the Armed Forces Bank (AFB) on Fort Rucker. Ms. PHILLIPS stated she removed the money before she filled the deposit bag and cut the bag and taped it to make it look as if someone else had stolen the money. On December 2, 2005, AFB confirmed that the deposit bag was short $1,000.00 and notified Mrs. Colleen M. Provencher, the Manager of the Triangle Shoppette. Mrs. Provencher contacted CID; and investigation pursued which resulted in Ms. PHILLIPS confessing to having stolen the money. Before the confession, Ms. PHILLIPS had on December 2, 2005, denied having any knowledge of the money missing. She was further given a Polygraph test on December 8, thereafter rendering a sworn statement confessing to taking the money. Ms. PHILLIPS was then processed, and released.

_____
RUTH E. PEVEAR
SA, INV
U.S. Army

Subscribed and sworn (or affirmed) before me this, the 22 day of March 2006.

_____
NOTARY PUBLIC
My commission expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 17, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS