**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: __MAY 16, 2006__    Time: __10:26-10:30__

TAPE NO: __3051-CSC__ @ __755__ to __838__

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: __CHARLES S. COODY__    DEPUTY CLERK: __WANDA STINSON__

CASE NO. __1:06CR86-CSC__    NAME: __ATRETHA D. PHILLIPS__

AUSA: __CAPT. ASHLEA HOLT__    DEFT. ATTY: __DONNIE BETHEL__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

USPO: __BOB PITCHER__

Defendant _____ does _√_ does NOT need an interpreter. Interpreter NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| √ kla. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| √ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| √ | Requests appointed Counsel    √ ORAL MOTION |
| √ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| √ koappted | ORDER appointing Community Defender Organization |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| √ karr. | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. |
| | √ Trial Set for __7/17/06__    ☐ PRETRIAL CONF. DATE: _____ |
| | ☐ DISCOVERY DISCLOSURES DATE: _____ |
| | ☐ Request Non-Jury Trial. |
| | ☐ GUILTY PLEA entered. |
| √ CONSENT | to Proceed before U.S. Magistrate Judge |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel. |

** Deft released on summons issued and on her own recognizance until further notice from the court.