IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO.1:06CR86-CSC |
| V. | ) |
| | ) |
| ATRETHA D. PHILLIPS | ) |

**PLEA AGREEMENT**

    COMES NOW the United States of America, by and through its attorney, NATHAN T. GOLDEN, Special Assistant United States Attorney, and the DEFENDANT, ATRETHA D. PHILLIPS, and her counsel, DONNIE BETHEL, and enter into the following plea agreement pursuant to Rule 11(C)1 of the Federal Rules of Criminal Procedure:

    1.  The DEFENDANT agrees to plead guilty to the charge of Theft of Government Property in violation of Title 18, Section 641, United States Code, the maximum penalty being imprisonment for a period of not more than one year, fine of not less than $100,000.00, or both, term of Supervised Release not more than one year, Assessment Fee $25.00.

    2.  In exchange for the DEFENDANT accepting responsibility for her actions, the United States Government agrees to recommend that the DEFENDANT be sentenced to a period of probation of one year.  The DEFENDANT agrees to pay restitution to the Government if a loss is determined.  The payment of restitution will be a term of the DEFENDANT'S probation.  The DEFENDANT understands that the Court is not bound by the Government's recommendation and may impose a greater sentence or fine.

    3.  There are no terms, express or implied, to this agreement other than set forth in writing in this document.

_____
ATRETHA D. PHILLIPS
DEFENDANT

_____
DONNIE BETHEL
Attorney for DEFENDANT

_____
NATHAN T. GOLDEN
Special Assistant U.S. Attorney