| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/11/2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 2110 - 2385 |
| | **COURT REPORTER:** |

15 min

- ☐ ARRAIGNMENT
- ☑ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB    **DEPUTY CLERK:** sql
**CASE NUMBER:** 1:06CR86-DRB    **DEFENDANT NAME:** Atretha D. PHILLIPS
**AUSA:** Holt    **DEFENDANT ATTORNEY:** Don Bethel
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Pitcher
Interpreter present? (✓)NO; ( )YES    Name:

---

- ☐ This is defendant's **FIRST APPEARANCE.**
- ☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- ☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- ☐ WAIVER OF INDICTMENT executed and filed.
- ☐ INFORMATION filed.
- ☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**
    ☐ Not Guilty
    ☑ Guilty as to:
        ☑ Count(s): 1
        ☐ Count(s): _____ ☐ dismissed on oral motion of USA
        ☐ to be dismissed at sentencing

☑ Written plea agreement filed    ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 .
☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.
        **DISCOVERY DISCLOSURE DATE:**
☑ ORDER: Defendant continued under ~~same~~ bond; ☐ summons; for:
    ☐ Trial on _____; ☑ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel