COURTROOM DEPUTY'S MINUTES  DATE: 9/27/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 10:40 - 10:45 am
COURT REPORTER:

☐ ARRAIGNMENT     ☐ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☒ SENTENCING

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: S. Q. Long, Jr., Clerk
CASE NUMBER: 1:06CR86-DRB     DEFENDANT NAME: Atretha D. PHILLIPS
AUSA: Golden     DEFENDANT ATTORNEY: Don Bethel
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Pitcher/Johns/Brockett
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☐ Not Guilty
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):           ☐ dismissed on oral motion of USA
                                  ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:       ☐ WAIVER OF SPEEDY TRIAL filed.
            DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel